DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ransom<br><br>Case Below:<br>169 N.C. App. ——<br>(5 April 2005) | No. 231P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-448) | Denied<br>06/30/05 |
| State v. Richmond<br><br>Case Below:<br>Cumberland County<br>Superior Court | No. 347A95-3 | Def's PWC and Application for Stay of<br>Execution | Denied<br>05/04/05 |
| State v. Rose<br><br>Case Below:<br>170 N.C. App. 284 | No. 296P05 | 1. AG's Motion for Temporary Stay<br>(COA04-353)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's NOA Based Upon a Constitutional<br>Question<br><br>4. AG's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>**06/03/05**<br><br>2. Denied<br>06/30/05<br><br>3. Dismissed<br>ex mero motu<br>06/30/05<br><br>4. Denied<br>06/30/05 |
| State v. Setzer<br><br>Case Below:<br>168 N.C. App. ——<br>(1 March 2005) | No. 180P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-323) | Denied<br>05/04/05 |
| State v. Smith<br><br>Case Below:<br>170 N.C. App. 461 | No. 346A05 | 1. AG's Motion for Temporary Stay<br>(COA04-587)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's NOA (Dissent) | 1. Allowed<br>**06/24/05**<br><br>2. Allowed<br>**06/24/05**<br><br>3. —— |
| State v. Smith<br><br>Case Below:<br>169 N.C. App. 160 | No. 167P05 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA03-1700)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>05/04/05<br><br>3. Denied<br>05/04/05 |
| State v. Snider<br><br>Case Below:<br>168 N.C. App. 701 | No. 192A05 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA04-248)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>06/30/05 |